ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| CT Chemicals, Inc. ) | ASBCA No. 61723 |
| ) | |
| Under Contract No. N00104-17-P-BB27 ) | |

APPEARANCES FOR THE APPELLANT: Christopher R. McDowell, Esq.
    Jeffrey A. Levine, Esq.
     Strauss Troy Co., LPA
     Cincinnati, OH

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
     Navy Chief Trial Attorney
    Jonathan C. McKay, Esq.
    Kimberly A. Miller, Esq.
    Katie T. Dang, Esq.
     Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 3, 2020

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61723, Appeal of CT Chemicals, Inc., rendered in conformance with the Board's Charter.

Dated:  April 3, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals